Certificate Number: 03088-PAW-DE-037328908

Bankruptcy Case Number: 18-10701



03088-PAW-DE-037328908

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 7, 2023, at 3:11 o'clock PM CDT, Alan C Proper completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   April 7, 2023           By:   /s/Doug Tonne

                                Name: Doug Tonne

                                Title: Counselor