Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Alan Craig Proper** | : | Case No. 18−10701−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 130 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 9/20/23 at 11:00 AM |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

*AND NOW,* this *The 27th of June, 2023*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 130 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1)  *On or before August 11, 2023*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2)  This Motion is scheduled for hearing on *September 20, 2023 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing.*

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Alan Craig Proper  
    Debtor

Case No. 18-10701-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 3  
Date Rcvd: Jun 27, 2023      Form ID: 604      Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alan Craig Proper, 45618 State Highway Route 77, Spartansburg, PA 16434-4434 |
| 14878893 | + | John Deere Financial, PO Box 4450, Carol Stream, IL 60197-4450 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14878885 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 28 2023 00:51:00 | Ally Financial, 200 Renaissance Center, Detroit, MI 48243-1300 |
| 14878887 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 28 2023 01:06:43 | Capital One, 15000 Capital One Drive, Richmond, VA 23238 |
| 14878886 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 28 2023 01:19:14 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14878888 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 28 2023 01:19:31 | Capital One / Best Buy, PO Box 85520, Richmond, VA 23285-5520 |
| 14904324 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 28 2023 01:19:29 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14878890 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2023 01:06:46 | Citi, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14915542 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2023 01:06:44 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14878891 | + | Email/Text: sheiser@corryfcu.org | Jun 28 2023 00:52:00 | Corry Federal Credit Union, 728 Worth Street, Corry, PA 16407-8517 |
| 14908792 | | Email/Text: litbkcourtmail@johndeere.com | Jun 28 2023 00:51:00 | Deere & Company d/b/a John Deere Financial, PO Box 6600, Johnston, IA 50131 |
| 14899383 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 28 2023 01:06:55 | Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 14878892 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2023 01:19:23 | Goodyear / Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14878889 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 28 2023 01:07:18 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14878893 | ^ | MEBN | Jun 28 2023 00:53:20 | John Deere Financial, PO Box 4450, Carol Stream, IL 60197-4450 |
| 14908791 | + | Email/Text: litbkcourtmail@johndeere.com | Jun 28 2023 00:51:00 | John Deere Financial f.s.b. d/b/a John Deere Finan, PO Box 6600, Johnston, IA 50131-6600 |
| 14878894 | | Email/Text: camanagement@mtb.com | Jun 28 2023 00:52:00 | M&T Bank, 1 Fountain Plaza, Floor 4, Buffalo, |

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 27, 2023 | Form ID: 604 | Total Noticed: 31 |

| | | | | |
|---|---|---|---|---|
| | | | | NY 14203 |
| 14917242 | | Email/Text: camanagement@mtb.com | Jun 28 2023 00:52:00 | M&T Bank, PO Box 1508, Buffalo NY 14240-1508 |
| 14878895 | + | Email/Text: angela.abreu@northwest.com | Jun 28 2023 00:51:00 | Northwest Bank, Northwest Savings Bank, 100 Liberty Street, Warren, PA 16365-2497 |
| 14878896 | + | Email/PDF: cbp@onemainfinancial.com | Jun 28 2023 01:19:29 | Onemain Financial, 6801 Colwell Boulevard, Irving, TX 75039-3198 |
| 14915098 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 28 2023 00:52:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14878897 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 28 2023 00:52:00 | Pnc Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14878898 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 28 2023 00:52:00 | Pnc Bank, N.a., 1 Financial Parkway, Kalamazoo, MI 49009 |
| 14878899 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 28 2023 00:52:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14879475 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 28 2023 01:19:17 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14878900 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 28 2023 01:19:17 | Syncb / American Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 14878901 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 28 2023 01:07:08 | Syncb / Care Credit, 950 Forrer Boulevard, Kettering, OH 45420-1469 |
| 14878902 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 28 2023 01:46:23 | Syncb / Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14878903 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 28 2023 01:19:12 | Syncb / Score Rewards Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 14878904 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 28 2023 01:07:15 | Syncb / Walmart Dc, Po Box 965024, Orlando, FL 32896-5024 |
| 14878905 | + | Email/PDF: DellBKNotifications@resurgent.com | Jun 28 2023 01:06:55 | Webbank / Dfs, Po Box 81607, Austin, TX 78708-1607 |
| 14878906 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 28 2023 01:07:23 | Wells Fargo / Fmg, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 30

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | Corry Federal Credit Union, 728 Worth Street, Corry, PA 16407-8517 |
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101-5570 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 27, 2023 | Form ID: 604 | Total Noticed: 31 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2023 at the address(es) listed below:**

**Name**  **Email Address**

Brian Nicholas
on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Daniel P. Foster
on behalf of Debtor Alan Craig Proper dan@mrdebtbuster.com
katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Michael S. Jan Janin
on behalf of Creditor Corry Federal Credit Union mjanjanin@quinnfirm.com
slowe@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 5