**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ALAN CRAIG PROPER<br><br>      Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>      Movant<br>      vs.<br>No Respondents. | Case No.:18-10701<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.

June 26, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/10/2018 and confirmed on 9/25/18. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 128,414.00 |
| Less Refunds to Debtor | 6,231.03 | |
| TOTAL AMOUNT OF PLAN FUND | | 122,182.97 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,000.00 | |
|   Trustee Fee | 5,704.36 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,704.36 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC MORTGAGE | 0.00 | 68,800.13 | 0.00 | 68,800.13 |
|     Acct: 3032 | | | | |
|   NORTHWEST BANK* | 3,464.61 | 3,464.61 | 0.00 | 3,464.61 |
|     Acct: 274 | | | | |
|   JOHN DEERE FINANCIAL | 1,667.06 | 1,667.06 | 0.00 | 1,667.06 |
|     Acct: 2185 | | | | |
|   DEERE & CO/JOHN DEERE CREDIT | 1,540.70 | 1,540.70 | 0.00 | 1,540.70 |
|     Acct: 9899 | | | | |
|   M & T BANK | 16,275.00 | 16,275.00 | 2,078.91 | 18,353.91 |
|     Acct: 5579 | | | | |
| | | | | 93,826.41 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ALAN CRAIG PROPER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ALAN CRAIG PROPER | 2,266.00 | 2,266.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ALAN CRAIG PROPER | 3,965.03 | 3,965.03 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL P FOSTER ESQ** | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | \*\*\*NONE\*\*\* | | | |
| **Unsecured** | | | | |
|   CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7203 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 227.39 | 227.39 | 0.00 | 227.39 |
|     Acct: 2526 | | | | |
|   CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8036 | | | | |
|   CITIBANK NA** | 2,266.99 | 2,266.99 | 0.00 | 2,266.99 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 4057 | | | | |
| CORRY FCU | 4,207.77 | 4,207.77 | 0.00 | 4,207.77 |
| Acct: | | | | |
| PNC BANK NA | 7,045.21 | 7,045.21 | 0.00 | 7,045.21 |
| Acct: 2198 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4345 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8947 | | | | |
| DELL FINANCIAL SERVICES LLC | 1,589.72 | 1,589.72 | 0.00 | 1,589.72 |
| Acct: 5597 | | | | |
| M & T BANK | 4,315.12 | 4,315.12 | 0.00 | 4,315.12 |
| Acct: 5579 | | | | |
| CITIBANK NA** | 248.82 | 0.00 | 0.00 | 0.00 |
| Acct: 3337 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8947 | | | | |
| MICHAEL S JAN JANIN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 19,652.20 |

| | | | | |
|---|---|---|---|---|
| TOTAL PAID TO CREDITORS | | | | 113,478.61 |

TOTAL CLAIMED
PRIORITY              0.00
SECURED          22,947.37
UNSECURED        19,901.02

Date: 06/26/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
ALAN CRAIG PROPER

       Debtor(s)

Ronda J. Winnecour
       Movant
       vs.
No Repondents.

Case No.:18-10701

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                             Case No. 18-10701-GLT

Alan Craig Proper                                                     Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1                                          User: auto                                         Page 1 of 3

Date Rcvd: Jun 27, 2023                                Form ID: pdf900                              Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alan Craig Proper, 45618 State Highway Route 77, Spartansburg, PA 16434-4434 |
| 14878893 | + | John Deere Financial, PO Box 4450, Carol Stream, IL 60197-4450 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14878885 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 28 2023 00:51:00 | Ally Financial, 200 Renaissance Center, Detroit, MI 48243-1300 |
| 14878887 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 28 2023 01:06:50 | Capital One, 15000 Capital One Drive, Richmond, VA 23238 |
| 14878886 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 28 2023 01:07:26 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14878888 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 28 2023 01:19:29 | Capital One / Best Buy, PO Box 85520, Richmond, VA 23285-5520 |
| 14904324 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 28 2023 01:29:38 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14878890 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2023 01:07:23 | Citi, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14915542 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2023 01:19:31 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14878891 | + | Email/Text: sheiser@corryfcu.org | Jun 28 2023 00:52:00 | Corry Federal Credit Union, 728 Worth Street, Corry, PA 16407-8517 |
| 14908792 | | Email/Text: litbkcourtmail@johndeere.com | Jun 28 2023 00:51:00 | Deere & Company d/b/a John Deere Financial, PO Box 6600, Johnston, IA 50131 |
| 14899383 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 28 2023 01:06:47 | Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 14878892 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2023 01:19:29 | Goodyear / Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14878889 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 28 2023 01:07:02 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14878893 | ^ | MEBN | Jun 28 2023 00:53:21 | John Deere Financial, PO Box 4450, Carol Stream, IL 60197-4450 |
| 14908791 | + | Email/Text: litbkcourtmail@johndeere.com | Jun 28 2023 00:51:00 | John Deere Financial f.s.b. d/b/a John Deere Finan, PO Box 6600, Johnston, IA 50131-6600 |
| 14878894 | | Email/Text: camanagement@mtb.com | Jun 28 2023 00:52:00 | M&T Bank, 1 Fountain Plaza, Floor 4, Buffalo, |

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 27, 2023 | Form ID: pdf900 | Total Noticed: 31 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | NY 14203 |
| 14917242 | | Email/Text: camanagement@mtb.com | Jun 28 2023 00:52:00 | M&T Bank, PO Box 1508, Buffalo NY 14240-1508 |
| 14878895 | + | Email/Text: angela.abreu@northwest.com | Jun 28 2023 00:51:00 | Northwest Bank, Northwest Savings Bank, 100 Liberty Street, Warren, PA 16365-2497 |
| 14878896 | + | Email/PDF: cbp@onemainfinancial.com | Jun 28 2023 01:19:12 | Onemain Financial, 6801 Colwell Boulevard, Irving, TX 75039-3198 |
| 14915098 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 28 2023 00:52:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14878897 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 28 2023 00:52:00 | Pnc Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14878898 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 28 2023 00:52:00 | Pnc Bank, N.a., 1 Financial Parkway, Kalamazoo, MI 49009 |
| 14878899 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 28 2023 00:52:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14879475 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 28 2023 01:07:13 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14878900 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 28 2023 01:07:09 | Syncb / American Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 14878901 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 28 2023 01:07:01 | Syncb / Care Credit, 950 Forrer Boulevard, Kettering, OH 45420-1469 |
| 14878902 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 28 2023 01:19:19 | Syncb / Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14878903 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 28 2023 01:19:23 | Syncb / Score Rewards Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 14878904 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 28 2023 01:06:50 | Syncb / Walmart Dc, Po Box 965024, Orlando, FL 32896-5024 |
| 14878905 | + | Email/PDF: DellBKNotifications@resurgent.com | Jun 28 2023 01:07:15 | Webbank / Dfs, Po Box 81607, Austin, TX 78708-1607 |
| 14878906 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 28 2023 01:06:43 | Wells Fargo / Fmg, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 30

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | Corry Federal Credit Union, 728 Worth Street, Corry, PA 16407-8517 |
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101-5570 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 3 of 3 |
| Date Rcvd: Jun 27, 2023 | Form ID: pdf900 | Total Noticed: 31 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2023                             Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2023 at the address(es) listed below:**

**Name**  **Email Address**

Brian Nicholas
  on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Daniel P. Foster
  on behalf of Debtor Alan Craig Proper dan@mrdebtbuster.com
  katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Michael S. Jan Janin
  on behalf of Creditor Corry Federal Credit Union mjanjanin@quinnfirm.com
  slowe@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com

Office of the United States Trustee
  ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
  cmecf@chapter13trusteewdpa.com

TOTAL: 5