| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Alan Craig Proper<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9946<br>EIN   __-_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __-_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 18–10701–GLT | |

# Order of Discharge                                                                                       12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Alan Craig Proper

<u>8/14/23</u>                                                                **By the court:** <u>Gregory L Taddonio</u>
                                                                                             United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

Form 3180W                                    **Chapter 13 Discharge**                                    page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Alan Craig Proper  
    Debtor

Case No. 18-10701-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 3  
Date Rcvd: Aug 14, 2023      Form ID: 3180W      Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alan Craig Proper, 45618 State Highway Route 77, Spartansburg, PA 16434-4434 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Aug 15 2023 03:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 14 2023 23:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Aug 15 2023 03:27:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 14 2023 23:45:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 14878885 | + EDI: GMACFS.COM | Aug 15 2023 03:27:00 | Ally Financial, 200 Renaissance Center, Detroit, MI 48243-1300 |
| 14878887 | EDI: CAPITALONE.COM | Aug 15 2023 03:27:00 | Capital One, 15000 Capital One Drive, Richmond, VA 23238 |
| 14878886 | + EDI: CAPITALONE.COM | Aug 15 2023 03:27:00 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14878888 | + EDI: CAPITALONE.COM | Aug 15 2023 03:27:00 | Capital One / Best Buy, PO Box 85520, Richmond, VA 23285-5520 |
| 14904324 | EDI: CAPITALONE.COM | Aug 15 2023 03:27:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14878890 | + EDI: CITICORP.COM | Aug 15 2023 03:27:00 | Citi, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14915542 | + EDI: CITICORP.COM | Aug 15 2023 03:27:00 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14878891 | + Email/Text: sheiser@corryfcu.org | Aug 14 2023 23:45:00 | Corry Federal Credit Union, 728 Worth Street, Corry, PA 16407-8517 |
| 14908792 | Email/Text: litbkcourtmail@johndeere.com | Aug 14 2023 23:44:00 | Deere & Company d/b/a John Deere Financial, PO Box 6600, Johnston, IA 50131 |
| 14899383 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 14 2023 23:39:13 | Dell Financial Services, LLC, Resurgent Capital |

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 14, 2023 | Form ID: 3180W | Total Noticed: 33 |

| | | | | |
|---|---|---|---|---|
| | | | | Services, PO Box 10390, Greenville, SC 29603-0390 |
| 14878892 | + | EDI: CITICORP.COM | Aug 15 2023 03:27:00 | Goodyear / Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14878889 | | EDI: JPMORGANCHASE | Aug 15 2023 03:27:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14878893 | ^ | MEBN | Aug 14 2023 23:32:25 | John Deere Financial, PO Box 4450, Carol Stream, IL 60197-4450 |
| 14908791 | + | Email/Text: litbkcourtmail@johndeere.com | Aug 14 2023 23:44:00 | John Deere Financial f.s.b. d/b/a John Deere Finan, PO Box 6600, Johnston, IA 50131-6600 |
| 14878894 | | Email/Text: camanagement@mtb.com | Aug 14 2023 23:45:00 | M&T Bank, 1 Fountain Plaza, Floor 4, Buffalo, NY 14203 |
| 14917242 | | Email/Text: camanagement@mtb.com | Aug 14 2023 23:45:00 | M&T Bank, PO Box 1508, Buffalo NY 14240-1508 |
| 14878895 | + | Email/Text: angela.abreu@northwest.com | Aug 14 2023 23:44:00 | Northwest Bank, Northwest Savings Bank, 100 Liberty Street, Warren, PA 16365-2497 |
| 14878896 | + | EDI: AGFINANCE.COM | Aug 15 2023 03:27:00 | Onemain Financial, 6801 Colwell Boulevard, Irving, TX 75039-3198 |
| 14915098 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 14 2023 23:44:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14878897 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 14 2023 23:44:00 | Pnc Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14878898 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 14 2023 23:44:00 | Pnc Bank, N.a., 1 Financial Parkway, Kalamazoo, MI 49009 |
| 14878899 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 14 2023 23:44:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14879475 | + | EDI: RECOVERYCORP.COM | Aug 15 2023 03:27:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14878900 | + | EDI: RMSC.COM | Aug 15 2023 03:27:00 | Syncb / American Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 14878901 | + | EDI: RMSC.COM | Aug 15 2023 03:27:00 | Syncb / Care Credit, 950 Forrer Boulevard, Kettering, OH 45420-1469 |
| 14878902 | + | EDI: RMSC.COM | Aug 15 2023 03:27:00 | Syncb / Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14878903 | + | EDI: RMSC.COM | Aug 15 2023 03:27:00 | Syncb / Score Rewards Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 14878904 | + | EDI: RMSC.COM | Aug 15 2023 03:27:00 | Syncb / Walmart Dc, Po Box 965024, Orlando, FL 32896-5024 |
| 14878905 | + | Email/PDF: DellBKNotifications@resurgent.com | Aug 14 2023 23:40:26 | Webbank / Dfs, Po Box 81607, Austin, TX 78708-1607 |
| 14878906 | + | EDI: WFFC2 | Aug 15 2023 03:27:00 | Wells Fargo / Fmg, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 34

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | Corry Federal Credit Union, 728 Worth Street, Corry, PA 16407-8517 |
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101-5570 |

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 3 of 3 |
| Date Rcvd: Aug 14, 2023 | Form ID: 3180W | Total Noticed: 33 |

cr     *+     PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2023      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Alan Craig Proper dan@mrdebtbuster.com<br>katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Michael S. Jan Janin | on behalf of Creditor Corry Federal Credit Union mjanjanin@quinnfirm.com<br>slowe@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5