IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

8/14/23 11:38 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
   ALAN CRAIG PROPER

   Debtor(s)

   Ronda J. Winnecour
      Movant
   vs.
   No Repondents.

Case No.:18-10701

Chapter 13

Related to Docket No. 130

ORDER OF COURT

AND NOW, this ___ 14th Day of August, 2023 ___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

arb

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 18-10701-GLT
Alan Craig Proper  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1  User: auto  Page 1 of 3
Date Rcvd: Aug 14, 2023  Form ID: pdf900  Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alan Craig Proper, 45618 State Highway Route 77, Spartansburg, PA 16434-4434 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14878885 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 14 2023 23:44:00 | Ally Financial, 200 Renaissance Center, Detroit, MI 48243-1300 |
| 14878887 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 14 2023 23:51:14 | Capital One, 15000 Capital One Drive, Richmond, VA 23238 |
| 14878886 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 15 2023 00:14:21 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14878888 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 15 2023 00:03:07 | Capital One / Best Buy, PO Box 85520, Richmond, VA 23285-5520 |
| 14904324 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 14 2023 23:39:28 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14878890 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 14 2023 23:51:29 | Citi, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14915542 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 14 2023 23:51:48 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14878891 | + | Email/Text: sheiser@corryfcu.org | Aug 14 2023 23:45:00 | Corry Federal Credit Union, 728 Worth Street, Corry, PA 16407-8517 |
| 14908792 | | Email/Text: litbkcourtmail@johndeere.com | Aug 14 2023 23:44:00 | Deere & Company d/b/a John Deere Financial, PO Box 6600, Johnston, IA 50131 |
| 14899383 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 14 2023 23:39:31 | Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 14878892 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 15 2023 00:50:19 | Goodyear / Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14878889 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 15 2023 00:14:37 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14878893 | ^ | MEBN | Aug 14 2023 23:32:25 | John Deere Financial, PO Box 4450, Carol Stream, IL 60197-4450 |
| 14908791 | + | Email/Text: litbkcourtmail@johndeere.com | Aug 14 2023 23:44:00 | John Deere Financial f.s.b. d/b/a John Deere Finan, PO Box 6600, Johnston, IA 50131-6600 |
| 14878894 | | Email/Text: camanagement@mtb.com | Aug 14 2023 23:45:00 | M&T Bank, 1 Fountain Plaza, Floor 4, Buffalo, NY 14203 |

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 14, 2023 | Form ID: pdf900 | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14917242 | | Email/Text: camanagement@mtb.com | Aug 14 2023 23:45:00 | M&T Bank, PO Box 1508, Buffalo NY 14240-1508 |
| 14878895 | + | Email/Text: angela.abreu@northwest.com | Aug 14 2023 23:44:00 | Northwest Bank, Northwest Savings Bank, 100 Liberty Street, Warren, PA 16365-2497 |
| 14878896 | + | Email/PDF: cbp@omf.com | Aug 14 2023 23:51:18 | Onemain Financial, 6801 Colwell Boulevard, Irving, TX 75039-3198 |
| 14915098 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 14 2023 23:44:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14878897 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 14 2023 23:44:00 | Pnc Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14878898 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 14 2023 23:44:00 | Pnc Bank, N.a., 1 Financial Parkway, Kalamazoo, MI 49009 |
| 14878899 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 14 2023 23:44:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14879475 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 15 2023 00:02:13 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14878900 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 14 2023 23:39:11 | Syncb / American Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 14878901 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 14 2023 23:40:16 | Syncb / Care Credit, 950 Forrer Boulevard, Kettering, OH 45420-1469 |
| 14878902 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 15 2023 00:02:51 | Syncb / Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14878903 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 14 2023 23:51:28 | Syncb / Score Rewards Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 14878904 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 14 2023 23:51:43 | Syncb / Walmart Dc, Po Box 965024, Orlando, FL 32896-5024 |
| 14878905 | + | Email/PDF: DellBKNotifications@resurgent.com | Aug 14 2023 23:39:30 | Webbank / Dfs, Po Box 81607, Austin, TX 78708-1607 |
| 14878906 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 15 2023 00:40:06 | Wells Fargo / Fmg, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 30

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | Corry Federal Credit Union, 728 Worth Street, Corry, PA 16407-8517 |
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101-5570 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 3 of 3 |
| Date Rcvd: Aug 14, 2023 | Form ID: pdf900 | Total Noticed: 31 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2023          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Alan Craig Proper dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Michael S. Jan Janin | on behalf of Creditor Corry Federal Credit Union mjanjanin@quinnfirm.com slowe@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5